**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Caglayan Kaya Goksoy

                                        Plaintiff,

v.                                                          Case No.:
                                                            1:25−cv−14628
                                                            Honorable Robert W.
                                                            Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, May 30, 2026:

        MINUTE entry before the Honorable Virginia M. Kendall: Due to an unforeseen medical issue, telephonic hearing set for 6/16/2026 is stricken and reset to 7/16/2026 at 9:15 a.m. To join the telephone conference, dial (650) 479−3207, Access Code 1809 88 3385. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. This order has been reviewed and approved by Chief Judge Kendall in the court's absence. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.