**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAGLAYAN KAYA GOKSOY,

     Plaintiff,                                      Case No.: 1:25-cv14628

v.                                          Judge Robert W. Gettleman

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

Plaintiff hereby files this Notice of Voluntary Dismissal as to any remaining Defendants that have not been subject to a prior Order entered by the Court, including any consent judgment order, final judgment order, or a prior dismissal entered by the Court. All such Defendants are hereby dismissed without prejudice.

This terminates the action.

DATED:  June 1, 2026                          Respectfully submitted,

                                                  */s/ Keith A. Vogt*
                                                    Keith A. Vogt
                                                    FL Bar No. 1036084 │ IL Bar No. 6207971
                                                    Keith A. Vogt PLLC
                                                    1820 NE 163rd Street, Suite #306
                                                    North Miami Beach, Florida 33162
                                                    Telephone: 312-971-6752
                                                    E-mail: keith@vogtip.com

                                                    ***ATTORNEY FOR PLAINTIFF***