### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Caglayan Kaya Goksoy

                                            Plaintiff,

v.                                                              Case No.:
                                                                1:25−cv−14628
                                                                Honorable Robert W.
                                                                Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                            Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 3, 2026:

      MINUTE entry before the Honorable Virginia M. Kendall: Pursuant to plaintiff's Notice of Dismissal, this case is dismissed without prejudice against all remaining defendants. Telephonic hearing set for 7/16/2026 is stricken. Civil case terminated. This order was reviewed and approved by Chief Judge Kendall in the court's absence. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.