AO 121 (Rev. 06/16)

| TO: | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-400-377

**Effective Date of Registration:**
March 15, 2024
**Registration Decision Date:**
June 25, 2024

---

## Title
           **Title of Work:** Ronin

## Completion/Publication
           **Year of Completion:** 2016
      **Date of 1st Publication:** December 16, 2016
   **Nation of 1st Publication:** Türkiye

## Author
           •  **Author:** Caglayan Kaya Goksoy
          **Pseudonym:** ckgoksoy
     **Author Created:** 2-D artwork
          **Citizen of:** Türkiye
     **Pseudonymous:** Yes

## Copyright Claimant
    **Copyright Claimant:** Caglayan Kaya Goksoy
    Alaaddin District, 216. St., No:5 D:3, Korkuteli/Antalya, 07800, Türkiye

## Rights and Permissions
            **Name:** Caglayan Kaya Goksoy
           **Email:** ckgoksoy@gmail.com
        **Address:** Alaaddin District
            216. St., No:5 D:3
            Korkuteli/Antalya 07800 Türkiye

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-400-376

**Effective Date of Registration:**
March 15, 2024
**Registration Decision Date:**
June 25, 2024

---

## Title

**Title of Work:** Valhalla Fallen

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 19, 2020
**Nation of 1st Publication:** Türkiye

## Author

- **Author:** Caglayan Kaya Goksoy
  **Pseudonym:** ckgoksoy
  **Author Created:** 2-D artwork
  **Citizen of:** Türkiye
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Caglayan Kaya Goksoy
Alaaddin District, 216. St., No:5 D:3, Korkuteli/Antalya, 07800, Turkiye

## Rights and Permissions

**Name:** Caglayan Kaya Goksoy
**Email:** ckgoksoy@gmail.com
**Address:** Alaaddin District
216. St., No:5 D:3
Korkuteli/Antalya 07800 Türkiye

## Certification

Page 1 of 2



## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Caglayan Kaya Goksoy

                                       Plaintiff,

v.                                               Case No.:
                                               1:25−cv−14628
                                               Honorable Robert W.
                                               Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 3, 2026:

        MINUTE entry before the Honorable Virginia M. Kendall: Pursuant to plaintiff's Notice of Dismissal, this case is dismissed without prejudice against all remaining defendants. Telephonic hearing set for 7/16/2026 is stricken. Civil case terminated. This order was reviewed and approved by Chief Judge Kendall in the court's absence. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.